## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **3:22-CR-72** |
| | : | **(JUDGE MARIANI)** |
| **CORNELIUS GREEN,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

**AND NOW, THIS _____ DAY OF MAY 2022,** for the reasons set forth in this

Court's accompanying Memorandum Opinion and upon consideration of Defendant's Motion

to Suppress Evidence Obtained in Violation of the Fourth Amendment to the United States

Constitution (Doc. 16) and all relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for a *Franks* hearing (Doc. 16) on the basis that the Affidavit

   authorizing the Search Warrant of 605 North 7th Street, Pottsville, Pennsylvania

   contained materially false statements or omissions knowingly or recklessly made is

   **DENIED** for the reasons set forth in this Court's Memorandum Opinion.

2. As a result of this denial, no *Franks* hearing will be held in conjunction with the

   Evidentiary Hearing scheduled for July 1, 2022.



Robert D. Mariani
United States District Judge